

FILED

AUG 1 9 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 11-0006 GT |
| v. | ) **ORDER** |
| JORGE MEDINA-FRUCTUOSO, | ) |
| Defendant. | ) |

On August 18, 2011, Defendant, Jorge Medina-Fructuoso ("Mr. Medina"), filed a Motion to Allow Calendaring of Waiver of Indictment on Superseding Information. Mr. Medina states that the Court "should let [him] plead guilty to the Proposed Superseding Information and let the government dismiss the § 1326 information." As Mr. Medina acknowledges, the Court "has already accepted [his] guilty plea." There cannot be a superseding Information or dismissal of the original charge unless Mr. Medina is first permitted to withdraw his guilty plea. As Mr. Medina also acknowledges, the Court has denied his previous request to withdraw his guilty plea. Accordingly,

1    **IT IS ORDERED** that Mr. Medina's Motion is **DENIED.**

2    **IT IS SO ORDERED.**

3

4

5    8 - 19 - 11                    _Gordon Thompson Jr_

6    date                           GORDON THOMPSON, JR.
                                    United States District Judge

7    cc:  All counsel and parties without counsel

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2