FILED
SEP 1 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 11-0006GT ) |
| v. | ) ORDER ) |
| JORGE MEDINA-FRUCTUOSO, | ) ) |
| Defendant. | ) ) |

The Court is considering giving Mr. Medina a +8 under § 2L1.2(b)(1)(C), aggravated felony (crime of violence), for his 2008 prior California conviction for Resisting Arrest, Causing Death/Serious Bodily Injury. Parties may brief this issue. Briefs are due no later than close of business on Friday, September 16, 2011. Briefs shall be no longer than 10 pages.

**IT IS SO ORDERED.**

9-13-11
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel