FILED
SEP 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# United States District Court
## Southern District of California

| | |
|---|---|
| United States of America,<br>    *Plaintiff,*<br>v.<br>Jorge Medina-Fructuoso,<br>    *Defendant.* | Case No.   11cr0006-GT<br><br>**Order Continuing Sentencing Hearing** |

Good cause appearing, based on the joint motion of the parties, the Court continues the sentencing hearing from September 21, 2011, at 9:30 a.m., to October 5, 2011, at 9:30 a.m.

The parties' briefs regarding Mr. Medina-Fructuoso's 2008 prior conviction are due one week before sentencing.

**It Is So Ordered.**

Dated: 9-19-11

Hon. Gordon Thompson, Jr.
**United States District Court Judge**

11cr0006-GT